UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21 CR 621 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| KEYONTAY SHEPHERD, | ) | REFERRAL TO U.S. PROBATION |
| | ) | <u>OFFICE</u> |
| Defendant | ) | |

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Keyontay Shephard, which was referred to the Magistrate Judge with the consent of the parties.

  On August 25, 2021, the government filed a 2 count Indictment, charging Defendant Shepherd with Felon in Possession of a Firearm in violation of Title 18 U.S.C. § 922(g) and 924(a)(2), and Possession of a Firearm in violation of Title 18 U.S.C. § 922(o) and 924(a)(2). Defendant was arraigned on September 1, 2021, and entered a plea of not guilty to counts 1 and 2 of the Indictment, before Magistrate Carmen E. Henderson. On December 9, 2021, Magistrate Judge Knapp received Defendant Shepherd's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

  Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

  On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Shepherd is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Keyontay Shepherd is adjudged guilty to count 1 of the Indictment, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on March 31, 2021, at 11:30 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 28, 2022